UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:24-00014-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| MARK ABERCROMBIE (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation [Doc. No. 26] of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the conditional guilty plea of the Defendant Mark Abercrombie and adjudges him guilty of the offense charged in Count One of the Indictment, reserving his right to appeal the adverse ruling on his motion to dismiss.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition referenced in the Indictment and/or seized in this matter.

MONROE, Louisiana, this 22nd day of April 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE